IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02950-BNB

EDWARD A. PELLEGRINI,

    Plaintiff,

v.

DONNA LYNN PELLEGRINI-LANGE,

    Defendant.

---

ORDER DRAWING CASE

---

After review pursuant to 28 U.S.C. § 1915, the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.  See D.C.COLO.LCivR 40.1(a).  Accordingly, it is

ORDERED that this case shall be drawn to a **presiding** judge, and when applicable to a **magistrate** judge.

DATED November 5, 2014, at Denver, Colorado.

BY THE COURT:

   s/Lewis T. Babcock
United States District Judge