IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02950-CMA-KLM

EDWARD A. PELLEGRINI,

    Plaintiff,

v.

DONNA LYNN PELLEGRINI-LANGE,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion to Strike Defendant's Answer** [#12] (the "Motion"). Since the filing of this Motion, Defendant has filed an Amended Answer [#15]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#12] is **DENIED as moot**.

    Dated: January 16, 2015