IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02950-CMA-KLM

EDWARD A. PELLEGRINI,

   Plaintiff,

v.

DONNA LYNN PELLEGRINI-LANGE,

   Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

   This matter is before the Court on Plaintiff's **Unopposed Motion for Permission to Have Non-Party Attend Settlement Conference** [#28] (the "Motion").

   IT IS HEREBY **ORDERED** that the Motion [#28] is **GRANTED**. Non-party Shirley Mumm may attend the Settlement Conference with Plaintiff on April 29, 2015 at 3:30 p.m.

   Dated:  April 27, 2015